UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ECOER INC., *et al.*,

                                      Plaintiffs,

-v-

HONEYWELL INTERNATIONAL INC.,

                                      Defendant.

23 Civ. 8501 (PAE)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

    On November 2, 2023, the Court ordered plaintiffs to show cause by November 14, 2023 why the above-captioned action should not be dismissed for failure to prosecute, pursuant to Rule 41 of the Federal Rules of Civil Procedure. Dkt. 6. That same day, the Court received a response from plaintiffs' counsel, representing, *inter alia*, that defendant has not yet been served, and the certificate of service plaintiffs' counsel filed at Docket 5 was defective. Dkt. 8.

    The Court thanks plaintiffs' counsel for his prompt response and hereby vacates its prior order to show cause. Per Rule 4 of the Federal Rules of Civil Procedure, plaintiffs have until December 26, 2023 to serve defendant.

    SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                          PAUL A. ENGELMAYER
                                                          United States District Judge

Dated: November 3, 2023
       New York, New York